UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: _Lueck_____

_____

Debtor(s).

Case No. _16-28218_
Chapter _13_
Trustee: _Jenkins_____

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: _____ REOPENING: Yes ____ No ____ CONVERSION (13 to 7): Yes ____ No ____
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A____ B X C____ D X E____ F____ G____ H____ I X J X
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing X Adding ____ ($30 amendment fee required for D, E, & F; OR ____ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ____
4. STATEMENT OF AFFAIRS: X _SoFA # 20_
5. AMENDED CHAPTER 13 PLAN: ___

---

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee
attached_____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee
necessary. No fee attached X
Reason no fee is attached____ _Dates added to Schedule D only - No creditors added._

---

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order
to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

---

I declare under penalty of perjury that the information provided in this attached amendment is true and
correct.

_____    _____
Debtor            Date        Debtor            Date

---

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes X No ___

_____
ATTORNEY FOR DEBTOR(S)

=========================================================

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate
as follows (please mark the appropriate lines(s)):

_____ 341 Notice to creditors added by this amendment.
_____ Discharge Notice to creditors added by this amendment.
_____ Amended Chapter 13 Plan to all creditors.

_____    _____
DATED            ATTORNEY FOR DEBTOR(S)

Rev 11/11

| Debtor 1 | Lee Daniel Lueck | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carlyn J Lueck | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH | | |
| Case number | 16-28218 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

### Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

| 3.1 | Make: | **Pontiac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Trans Am** | ☐ Debtor 1 only | |
| | Year: | **1978** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: In Debtor's possession | | ☐ Check if this is community property (see instructions) | $9,962.66        $9,962.66 |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

| $9,962.66 |

### Part 3:  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | Lee Daniel Lueck | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Carlyn J Lueck | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number   16-28218
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** 401 K Loan | Describe the property that secures the claim: | $3,000.00 | $9,000.00 | $0.00 |

| 2.1 | 401 K Loan |
|---|---|
| | Creditor's Name |

Describe the property that secures the claim:

401K: Best Buy

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   2016          Last 4 digits of account number _____

| 2.2 | 401 K Loan |
|---|---|
| | Creditor's Name |

Describe the property that secures the claim:       $1,000.00      $1,500.00       $0.00

401K: Vanguard

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   2016          Last 4 digits of account number _____

Debtor 1    Lee Daniel Lueck
            First Name        Middle Name            Last Name

Debtor 2    Carlyn J Lueck
            First Name        Middle Name            Last Name

| 2.3 | Merchant Acceptance Corp. | | | $800.00 | $50.00 | $750.00 |
|---|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

> Vacuum
> Location: In Debtor's possession

PO Box 50690
Bellevue, WA 98015

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2014    Last 4 digits of account number    2148

---

| 2.4 | One Main Financial * | | | $9,914.26 | $9,962.66 | $0.00 |
|---|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

> 1978 Pontiac Trans Am
> Location: In Debtor's possession

PO Box 9001122
Louisville, KY 40290-1122

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    06/2013    Last 4 digits of account number    9524

---

| 2.5 | Pepperwood Homeowners Association | | | $3,461.11 | $622,400.00 | $0.00 |
|---|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

> 2 Cherrywoods Lane Sandy, UT
> 84092-4904  Salt Lake County
> Primary Residence

2500 Pepperwood Drive
Sandy, UT 84092

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    06/2007    Last 4 digits of account number    329

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 4

Debtor 1 Lee Daniel Lueck
First Name    Middle Name    Last Name

Debtor 2 Carlyn J Lueck
First Name    Middle Name    Last Name

Case 16-28218    Doc 26    Filed 01/27/17    Entered 01/27/17 17:23:23    Desc Main
Document    Page 5 of 11

Case number (if know) 16-28218

| 2.6 | **Salt Lake County Treasurer \*** | Describe the property that secures the claim: | $0.00 | $622,400.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

Attention: Ray Lancaster
2001 S. State St. #N-1200
PO Box 144575
Salt Lake City, UT
84114-4575

Number, Street, City, State & Zip Code

2 Cherrywoods Lane Sandy, UT
84092-4904  Salt Lake County
Primary Residence

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Notice Only**

Date debt was incurred  **2007**    Last 4 digits of account number _____

---

| 2.7 | **Santander** | Describe the property that secures the claim: | $20,636.48 | $21,900.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

2008 Hummer H2
Location: In Debtor's possession

P.O. Box 660633
Dallas, TX 75266-0633

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2015**    Last 4 digits of account number  **3678**

---

| 2.8 | **Shellpoint Mortgage Servicing** | Describe the property that secures the claim: | $510,384.83 | $622,400.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

2 Cherrywoods Lane Sandy, UT
84092-4904  Salt Lake County
Primary Residence

P.O. Box 1410
Troy, MI 48099-1410

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

---

Debtor 1   Lee Daniel Lueck
            First Name          Middle Name                    Last Name

Debtor 2   Carlyn J Lueck
            First Name          Middle Name          Last Name

Case number (if know)    16-28218

Date debt was incurred   6/2007          Last 4 digits of account number   5294

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $549,196.68 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $549,196.68 |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Name, Number, Street, City, State & Zip Code
**Lundberg & Associates +**
3269 S Main St., Suite 100
Salt Lake City, UT 84115

On which line in Part 1 did you enter the creditor?   2.8
Last 4 digits of account number ___

Name, Number, Street, City, State & Zip Code
**Morris Sperry**
7070 Union Park Center, Ste. 220
Midvale, UT 84047

On which line in Part 1 did you enter the creditor?   2.5
Last 4 digits of account number ___

Name, Number, Street, City, State & Zip Code
**Salt Lake District Attorney ***
2001 S. State St, S-3500
Salt Lake City, UT 84190-1210

On which line in Part 1 did you enter the creditor?   2.6
Last 4 digits of account number ___

Name, Number, Street, City, State & Zip Code
**The Tax Authority**
National Processing Center
San Francisco, CA 94104

On which line in Part 1 did you enter the creditor?   2.8
Last 4 digits of account number   2015

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Lee Daniel Lueck |
| Debtor 2 (Spouse, if filing) | Carlyn J Lueck |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | 16-28218 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Computer Technician | Paralegal |
| Employer's name | | Best Buy | Jones, Waldo Holbrook & McDonough, P.C |
| Employer's address | | | Salt Lake City, UT 84104 |
| How long employed there? | | 2008 | 4/2015 |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $  2,892.00 | $  6,170.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$  0.00 | +$  0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $  2,892.00 | $  6,170.00 |

Debtor 1   Lee Daniel Lueck
Debtor 2   Carlyn J Lueck        Case number (*if known*)   16-28218

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .............................. 4. | $ 2,892.00 | $ 6,170.00 |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ 537.00 | $ 1,442.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ 0.00 | $ 247.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ 111.00 | $ 86.00 |
| 5e. | Insurance | 5e. $ 7.00 | $ 171.00 |
| 5f. | Domestic support obligations | 5f. $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: HSA | 5h.+ $ 0.00 | + $ 113.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6. $ 655.00   $ 2,059.00

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. $ 2,237.00   $ 4,111.00

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ $ 0.00 | + $ 0.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9. $ 0.00   $ 0.00

**10. Calculate monthly income.** Add line 7 + line 9.   10. $ 2,237.00 + $ 4,111.00 = $ 6,348.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:      11. + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies      12. $ 6,348.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lee Daniel Lueck** |
| Debtor 2 (Spouse, if filing) | **Carlyn J Lueck** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | **16-28218** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

   ☐ No. Go to line 2.
   ■ Yes. Does Debtor 2 live in a separate household?

      ■ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 18 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,891.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 150.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1   Lee Daniel Lueck

Debtor 2   Carlyn J Lueck

Case number (if known)   16-28218

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 368.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 125.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 474.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 600.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 94.00 |
| 10. | **Personal care products and services** | 10. $ | 25.00 |
| 11. | **Medical and dental expenses** | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 425.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 151.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  Vehicle license and registration | 16. $ | 45.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,548.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,548.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,348.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,548.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 1,800.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

Case 16-28218    Doc 26    Filed 01/27/17    Entered 01/27/17 17:23:23    Desc Main
                            Document          Page 11 of 11

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Mountain America CU** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |
| **Mountain America CU** | XXXX- | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ■ No
    ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|